ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 SEP 12  PM 2: 00

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No.   2:12-CR-043-J |
| | § | |
| SHANICE ADEL LAMBERT | § | |

The Grand Jury Charges:

## INDICTMENT

### Count One
Production of Child Pornography
(Violation of 18 U.S.C. §§ 2251(a) and 2)

In or about February 2012, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Shanice Adel Lambert**, defendant, did use, persuade, induce, and entice, and attempt to do so, John Doe, a minor, being a person under the age of eighteen (18) years, to engage in sexually explicit conduct, that is, lascivious exhibition of the genitals and pubic area of said minor, for the purpose of producing a visual depiction of such conduct, resulting in the production of an image of the minor's erect penis, and which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, and knowing, and having reason to know, that such visual depiction would be transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

Count Two
Enticement of a Minor
(Violation of 18 U.S.C. §§ 2422(b) and 2)

In or about February 2012, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Shanice Adel Lambert,** defendant, did knowingly, by means of cellular telephone communication and telephone texting, a facility and means of interstate and foreign commerce, persuade, induce, and entice, and attempt to do so, John Doe, an individual who had not attained the age of eighteen (18) years, to engage in sexual activity for which **Lambert** could be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2422(b) and 2.

## Count Three
Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
(Violation of 18 U.S.C. §§ 2423(a) and 2)

On or about February 11, 2012, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Shanice Adel Lambert**, defendant, did knowingly transport John Doe, an individual who had not attained the age of eighteen (18) years, in interstate commerce, that is, from the State of Texas to the State of Oklahoma, with intent that said minor engage in sexual activity for which **Lambert** could be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

<u>Count Four</u>
Transportation of a Minor with Intent to Engage in Criminal Sexual Activity
(Violation of 18 U.S.C. §§ 2423(a) and 2)

On or about February 19, 2012, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Shanice Adel Lambert**, defendant, did knowingly transport John Doe, an individual who had not attained the age of eighteen (18) years, in interstate commerce, that is, from the State of Texas to the State of Oklahoma, with intent that said minor engage in sexual activity for which **Lambert** could be charged with a criminal offense.

In violation of Title 18, United States Code, Sections 2423(a) and 2.

A TRUE BILL

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

STEVEN M. SUCSY
Assistant United States Attorney
Texas State Bar No. 19459200
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel.:  806.472.7351
Fax:  806.472.7394
E-mail: steve.sucsy@usdoj.gov

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

SHANICE ADEL LAMBERT

INDICTMENT

18 U.S.C. § 2251(a),
Production of Child Pornography
(One count)

18 U.S.C. § 2422(b),
Enticement of a Child
(One count)

18 U.S.C. § 2423(a),
Transportation of a Child with Intent to Engage in Criminal Sexual Activity
(Two counts)

A true bill rendered,

-------------------------------------------------------------------------------
         LUBBOCK, TEXAS                          Foreperson

Filed in open court this 12th day of September, A.D. 2012.
-------------------------------------------------------------------------------

Clerk

SUMMONS TO ISSUE

_____
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| RELATED CASE INFORMATION | | |
|---|---|---|
| Superseding Indictment/Information | ____ Yes | _X_ No |
| New Defendant: | ____ Yes | _X_ No |
| Pending CR Case in NDTX: | ____ Yes | _X_ No |
| **If Yes**, number: _____ | | |
| Search Warrant Case Number _____ | | |
| Rule 20 from District of _____ | | |

**1.   DEFENDANT INFORMATION**
Juvenile:   ____ Yes _X_ No

Matter to be sealed:
____ Yes _X_ No

Defendant Name   SHANICE ADEL LAMBERT

Alias Name   _____

Address   REDACTED

County in which offense was committed:   Childress

**2.   U.S. Attorney Information**
AUSA   **STEVE SUCSY**   Bar #   19459200

**3.   Interpreter**
_____ Yes   _X_ No   **If Yes**, list language and/or dialect: _____

**4.   Location Status**

Arrest Date   _____

_____   Already in Federal Custody as of _____ in _____
_____   Already in State Custody
_____   On Pretrial Release

**5.   U.S.C. Citations**

Total # of Counts as to This Defendant: _3_ :   Petty ____   Misdemeanor ____   Felony _X_

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 18 USC 2251(a) | Production of a Child Pornography | 1 |
| 18 USC 2422(b) | Enticement of a Minor | 2 |
| 18 USC 2423(a) | Transporting a Minor to Engage in Criminal Sexual Activity | 3 and 4 |

Date   9-12-12

Signature of AUSA:   _STEVEN M. SUCSY_

Indictment - Page 1