**UNITED STATES DISTRICT COURT**
**PROBATION AND PRETRIAL SERVICES**
**NORTHERN DISTRICT OF TEXAS**

US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 OCT -3  PM 3: 41

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.  2:12-CR-043-BB(01) |
| ) | |
| Shanice Adel Lambert ) | |

# Report Of Violation Of Conditions
# Of Pretrial Release

COMES NOW Raymond Smith, Senior U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, Shanice Adel Lambert, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge Clinton E. Averitte sitting in the court at Amarillo, Texas, on September 20, 2012, under the following conditions:

(7g) The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution.

(7s) No unsupervised contact with minors.

(7t) Shall not access the internet unless on a computer identified to and approved by U.S. Probation.

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On Friday, September 28, 2012, Texas Ranger Jay Foster notified FBI Special Agent John Whitworth, via e-mail, that Ranger Foster had been contacted by the parent of an unidentified teenage child. The parent indicated their teenage child had received a couple of text messages from Shanice Lambert asking the teenager to write down anything that the victim of the offense for which Shanice Lambert has been indicted in Federal Court, said at school about Shanice Lambert and give that information to Shanice Lambert to assist in her defense.

On October 1, 2012, this officer spoke with Ranger Foster about the incident and Ranger Foster stated he had the cell phone in his possession that had received the text messages from Shanice Lambert. Ranger Foster indicated a forensic analysis of the cell phone had been conducted by a Department of Public Safety Criminal Investigative Division agent who determined the text messages to the teenage child had been sent by Shanice Lambert on Saturday, September 22, 2012, at approximately 7:17 p.m. The content of the messages had been deleted from the telephone with only the date and time still available.

This officer had not approved Shanice Lambert to use the internet function of the cell phone that was utilized for the text messages sent on September 22, 2012.

The undersigned suggest to the court that a summons be issued and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 03, 2012

s/ Raymond Smith
Senior U.S. Probation Officer
Wichita Falls, Texas
940-235-4742
Fax: 940-723-7347

Approved,

s/ Patti Dobbe
Supervising U.S. Probation Officer
806-337-1752

## ORDER

Having considered the report of the Probation Office pertaining to possible violations by defendant, Shanice Adel Lambert, of his/her conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☑ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. *Appear at 9:30 a.m. on Wednesday Thursday October 10, 2012.*

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

_____
Clinton E. Averitte
U.S. Magistrate Judge

*October 3, 2012*
Date