IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 2:12-CR-043 |
| | § | ECF |
| SHANICE ADEL LAMBERT (1) | § | "Referred to the U.S. Magistrate Judge" |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRETRIAL NOTICE UNDER RULE 404(b)

TO THE HONORABLE UNITED STATES MAGISTRATE JUDGE:

The United States of America responds as follows to the motion of defendant for 404(b) evidence:

The United States will provide the defendant with the general nature of any evidence of other crimes, wrongs, or acts that will be offered by the prosecution at trial.

Respectfully submitted,

SARAH R. SALDAÑA
United States Attorney

*s/Steven M. Sucsy*
STEVEN M. SUCSY
ASSISTANT UNITED STATES ATTORNEY
Texas State Bar No. 19459200
1205 Texas Ave., Room 700
Lubbock, Texas 79401
Telephone:   806.472.7564
Facsimile:   806.472.7394
Email:          steve.sucsy@usdoj.gov

**RESPONSE TO MOTION FOR PRETRIAL NOTICE UNDER RULE 404(b) – Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic filing" to counsel for Defendant who has consented in writing to accept this Notice as service of this document by electronic means.

                *s/Steven M. Sucsy*
                STEVEN M. SUCSY
                ASSISTANT UNITED STATES ATTORNEY

**RESPONSE TO MOTION FOR PRETRIAL NOTICE UNDER RULE 404(b) – Page 2**