IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | No. 2:12-CR-043 |
| § | **ECF** |
| SHANICE ADEL LAMBERT (1)   § | |

## GOVERNMENT'S RESPONSE TO MOTION
## IN LIMINE OF DEFENDANT UNDER RULES 403, 404, AND 608

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

The United States of America responds as follows to the defendant's motion in limine:

The United States agrees to secure a ruling outside the presence of the jury before mentioning or eliciting any matters which it seeks to admit pursuant to Rules 403, 404, and 608.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*s/Steven M. Sucsy*
STEVEN M. SUCSY
ASSISTANT UNITED STATES ATTORNEY
Texas State Bar No. 19459200
1205 Texas Ave., Room 700
Lubbock, Texas 79401
Telephone:   806.472.7564
Facsimile:   806.472.7394
Email:   steve.sucsy@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic filing" to counsel for Defendant who has consented in writing to accept this Notice as service of this document by electronic means.

                                *s/Steven M. Sucsy*
                                STEVEN M. SUCSY
                                ASSISTANT UNITED STATES ATTORNEY