# United States District Court

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 OCT 10 AM 11:30

DISTRICT OF

U.S.
v.
Shanise Adel Lambert

EXHIBIT AND WITNESS LIST

CASE NUMBER: 2:12-CR-43(1)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY AUSA | DEFENDANT'S ATTORNEY |
|---|---|---|
| Averitte | C. Drake | M. King |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 10-10-12 | Digital | B. Bratcher |

| AUSA/PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 10-10-12 | | | John Whitworth |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages