CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 OCT 10  PM 3:00

DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | 2:12-CR-00043 (1) |
| SHANICE ADEL LAMBERT | § § § | |

### ORDER ADDING ADDITIONAL CONDITIONS OF PRETRIAL RELEASE

On the 10th day of October 2012, the above-referenced case was called for a hearing on the issue of defendant's compliance of the conditions of her pretrial release. Defendant, SHANICE ADEL LAMBERT, appeared in person and was represented by Assistant Federal Public Defender, Mr. Michael King. The United States appeared by and through the Assistant United States Attorney for the Northern District of Texas.

After consideration of the evidence presented, the Court finds there is probable cause to believe the defendant did make unsupervised contact with a minor by texting. However, based upon the specific facts presented, the Court will not revoke defendant's release at this time but will instead continue the defendant on the Conditions of Release previously set with the imposition of additional conditions as follows:

1. The defendant shall not use or own any device which allows Internet access, or text communication, other than authorized by the U.S. Probation Office. This includes, but is not limited to, computers of any type, PDA's, electronic game consoles, and cellular telephones.

2. The defendant shall not have unrelated minors in her residence.

3. The defendant shall not have contact with unrelated minors under the age of 18 at any location, including but not limited to, the defendant's residence, place of employment, and public places where minors frequent or congregate, without prior permission of the probation officer.

IT IS SO ORDERED.

ENTERED this _10th_ day of October, 2012.

_____
CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE