UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | No. 2:12-CR-43-CEA |
| § | ECF |
| SHANICE ADEL LAMBERT § | Referred to the U.S. Magistrate Judge |

### DEFENDANT'S RESPONSE TO
### GOVERNMENT'S MOTION FOR DISCOVERY

Defendant understands her obligations regarding reciprocal discovery, upon request by the government; and will comply with the dictates of Federal Rule of Criminal Procedure 16(b) and (c).

Further, defendant understands the provisions of Federal Rule of Criminal Procedure 26.2 and will comply with said provisions, when applicable.

Respectfully submitted,

RICHARD A. ANDERSON
Federal Public Defender
Northern District of Texas

  /s/ Bonita L. Gunden
BONITA L. GUNDEN
Assistant Federal Public Defender
500 S. Taylor, Suite 110
Amarillo, Texas  79101
Phone (806) 324-2370
Texas Bar No. 08620450

ATTORNEY FOR DEFENDANT

**DEFENDANT'S RESPONSE TO GOVT'S MOTION FOR DISCOVERY –Page 1**

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2012, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to Assistant U.S. Attorney Steven Sucsy, the attorney of record in this case, who has consented in writing to accept this Notice as service of this document by electronic means.

    /s/ Bonita L. Gunden
BONITA L. GUNDEN