IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 NOV 15  AM 9: 25
DEPUTY CLERK_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No.   2:12-CR-043-J (Supersedes indictment filed September 12, 2012) |
| SHANICE ADEL LAMBERT (1) | | |

SUPERSEDING INFORMATION

The United States Attorney Charges:

Count One
Travel With Intent to Engage in Illicit Sexual Conduct
(Violation of 18 U.S.C. § 2423(b))

On or about February 11, 2012, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Shanice Adel Lambert**, defendant, traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, that is: for the purpose of engaging in a sexual act with a person under the age of sixteen (16) years that would be in violation of chapter 109A if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

A violation of Title 18, United States Code, Section 2423(b).

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_/s/ Monty K. Drake_
STEVEN M. SUCSY
Assistant United States Attorney
Texas State Bar No. 19459200
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Tel.: 806.472.7351
Fax: 806.472.7394
E-mail: steve.sucsy@usdoj.gov

**Shanice Adel Lambert -Superseding Information - Page 1**