UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 MAR 19 PM 2:47

DEPUTY CLERK

## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shanice Adel Lambert                      Case No.: 2:12-CR-043-J(01)

Name of Sentencing Judicial Officer: U.S. District Judge Mary Lou Robinson

Date of Original Sentence: March 4, 2013

Original Offense: Travel With Intent to Engage in Illicit Sexual Conduct, 18 U.S.C. § 2423(b)

Original Sentence: 30 months custody, 5-year term of supervised release

Type of Supervision: Supervised Release     Date Supervision Commenced: February 10, 2015

Assistant U.S. Attorney: Steven M. Sucsy     Defense Attorney: Bonita L. Gunden
                                                              (Court appointed)

## Petitioning The Court As Follows:

To add to the conditions of supervision with the consent of the offender as follows:

The defendant shall not use any computer or computer-related equipment owned by her employer except for the strict benefit of her employer in the performance of her job-related duties.

## Cause

On February 10, 2015, Shanice Adel Lambert's term of supervised release commenced in the Northern District of Texas, Lubbock Division. A special condition of Ms. Lambert's term of supervised release prohibits her from possessing or utilizing a computer or Internet connection device during her term of supervised release without permission from the Court. Ms. Lambert is presently employed as a customer service representative with Ashley Furniture warehouse in Lubbock, Texas, and her supervisor has confirmed that Ms. Lambert utilizes a computer at work. Her supervisor noted the company monitors employees' computer use and blocks their Internet access as well. Should the need develop in the future, Ms. Lambert will also be authorized to utilize a computer at Workforce Solutions or other employer locations in Lubbock, Texas, to enable her to submit on-line employment applications. Ms. Lambert is presently participating in sex offender treatment services with Gateways Counseling, P.C., in Lubbock, Texas.

To assist Ms. Lambert in maintaining her current employment, it is recommended that she be authorized to utilize a computer for employment purposes for the strict benefit of her employer. It is anticipated that Ms. Lambert will also be allowed to utilize a computer at Workforce Solutions in Lubbock, Texas, or at other employer-related locations on an as needed basis as approved by the U.S. Probation and Pretrial Services Office.

Shanice Adel Lambert
Request for Modifying the Conditions or Term of Supervision With Consent of the Offender

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 18, 2015

s/ Greg Cruz
Senior U.S. Probation Officer
Lubbock Division
806-472-1142
Fax: 806-472-7018

Approved,

s/ Tye Lawrence
Supervising U.S. Probation Officer
806-472-1144

**Order of the Court:**

☐ No Action

☐ The extension of supervision as noted above.

☒ To add to conditions of supervised release.

The defendant shall not use any computer or computer-related equipment owned by her employer except for the strict benefit of her employer in the performance of her job-related duties.

☐ Other or Additional:

The Honorable Mary Lou Robinson
U.S. District Judge

Date 3/19/15

GC/pml

PROB 49
(3/89)

# United States District Court

## Northern District of Texas

### Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

> The defendant shall not use any computer or computer-related equipment owned by his/her employer except for the strict benefit of his employer in the performance of his/her job-related duties.

Witness: _____  Signed: _____
Greg Cruz                         Shanice Adel Lambert
Senior U.S. Probation Officer     Supervised Releasee

_____2-25-15_____
Date